**Order entered April 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00373-CR

**CHARLES WILLIAM DOSS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-58147-Y**

## ORDER

Appellant has filed a motion in this court that asks the trial court for a free reporter's record of the trial court proceedings. This court issued its opinion on May 28, 2014 and the mandate issued on December 1, 2014. Appellant's motion is **DENIED**.

/s/    BILL WHITEHILL
        JUSTICE